FREDERICK KALFUR, an Infant, by FREDERICK W. KALFUR, his Guardian ad Litem, Respondent, *v.* THE BROADWAY FERRY AND METROPOLITAN AVENUE RAILROAD COMPANY, Appellant.

*Kalfur* v. *Broadway F. & Met. Ave. R. R. Co.*, 34 App. Div. 267, affirmed.
(Submitted January 22, 1900; decided February 13, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 30, 1898, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Percy S. Dudley* for appellant.

*Charles J. Patterson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not sitting: CULLEN, J.

---

CORA L. HOSFORD, as Administratrix of FRED L. HOSFORD, Deceased, Respondent, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Hosford* v. *N. Y. C. & H. R. R. R. Co.*, 39 App. Div. 327, affirmed.
(Argued January 23, 1900; decided February 13, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 23, 1899, reversing a judgment in favor of defendant entered upon a dismissal of the complaint at a Trial Term, and an order denying a motion for a new trial, and granting a new trial.

*Albert H. Harris* for appellant.

*Thomas Raines* and *Charles F. Miller* for respondent.